RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Calvin Belloso

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALVIN BELLOSO,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00279-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Calvin Belloso, that the Sentencing Hearing currently scheduled on March 10, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy-five (75) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　New counsel has come on case and would like time to get caught up to speed. An expert might be retained for sentencing purposes and needs time to review materials. Along with does not object, govt does not object, etc.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 4th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CALVIN BELLOSO,<br><br>            Defendant. | Case No. 2:18-cr-00279-APG-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, March 10, 2022 at 2:30 p.m., be vacated and continued to June 8, 2022 at the hour of 9:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 7th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE