RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Navid_Afshar@fd.org

Attorney for Calvin Belloso

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>CALVIN BELLOSO,<br><br>            Defendant. | Case No. 2:18-cr-00279-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Calvin Belloso, that the Sentencing Hearing currently scheduled on August 18, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense Counsel has retained an expert that is close to completing the requested material and counsel needs time to review prior to sentencing.

2. Additionally, counsel will be out of town for two periods in August and September and will need more time to prepare for Sentencing.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 29th day of July, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CALVIN BELLOSO,<br><br>        Defendant. | Case No. 2:18-cr-00279-APG-EJY-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, August 18, 2022 at 1:30 p.m., be vacated and continued to November 1, 2022 at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

   DATED this 1st day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE