RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Navid_Afshar@fd.org

Attorney for Calvin Belloso

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>CALVIN BELLOSO,<br><br>            Defendant. | Case No. 2:18-cr-00279-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Calvin Belloso, that the Sentencing Hearing currently scheduled on November 16, 2022, be vacated and continued to December 21, 2022.

This Stipulation is entered into for the following reasons:

1. Defense Counsel has hired an expert that will need more time to prepare for Sentencing.

2. Defense Counsel has been out on unexpected sick leave and is not expected to return until the following week.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED this 9th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CALVIN BELLOSO,<br><br>  Defendant. | Case No. 2:18-cr-00279-APG-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, November 16, 2022 at 11:00 a.m., be vacated and continued to December 21, 2022 at the hour of 10:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 9th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE