RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Calvin Lorenzo Belloso

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00279-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| CALVIN LORENZO BELLOSO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Calvin Lorenzo Belloso, that the Revocation Hearing currently scheduled on June 4, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The defendant is currently participating in intensive outpatient treatment.

2.      The parties believe the defendant should have a meaningful opportunity to participate in treatment before resolving his revocation proceedings.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 21st day of May, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General of the United States |
| By */s/ Dawn A. Penn* | By */s/ Melinda Brewer* |
| DAWN A. PENN<br>Assistant Federal Public Defender | MELINDA BREWER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00279-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| CALVIN LORENZO BELLOSO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 4, 2026 at 1:30 p.m., be vacated and continued to August 26, 2026 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 26th day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3