RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Calvin Lorenzo Belloso

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN LORENZO BELLOSO,<br><br>Defendant. | Case No. 2:18-cr-00279-APG-EJY<br><br>**Stipulation to Dismiss Petition and Vacate Revocation Hearing** |

The parties stipulate and jointly request that the Court dismiss the petition (ECF No. 161), vacate the revocation hearing set for September 10, 2026, at 11:00 AM, and continue Mr. Belloso on previously imposed conditions of supervised release.

1. The defendant completed intensive outpatient treatment and is currently participating in outpatient treatment.
2. Probation recommends that the petition be dismissed and the defendant be continued on his current term of supervision.
3. The parties agree that the petition should be dismissed and the defendant be continued on his current term of supervision.

Accordingly, the parties stipulate and jointly request that the Court dismiss the petition (ECF No. 161), vacate the revocation hearing set for September 10, 2026, at 11:00 AM, and continue Mr. Belloso on previously imposed conditions of supervised release.

DATED this 9th day of September, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Attorney General of the United States |
| By */s/ Dawn A. Penn*<br>DAWN A. PENN<br>Assistant Federal Public Defender | By */s/ Melinda Brewer*<br>MELINDA BREWER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CALVIN LORENZO BELLOSO,<br>Defendant. | Case No. 2:18-cr-00279-APG-EJY<br>**ORDER** |

Good cause appearing, the parties' stipulation is granted.

IT IS THEREFORE ORDERED that the petition for revocation of supervised released (ECF No. 16) is dismissed.

IT IS FURTHER ORDERED that Mr. Belloso is not revoked from supervision and will continue on his previously imposed conditions of supervised release.

IT IS FURTHER ORDERED that the revocation hearing set for September 10, 2026, at 11:00 AM is vacated.

DATED this 9th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE